UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 34834 |
| | CHAPTER 13 |
| ROBERT JACKSON JR | |
| CYNTHIA A JACKSON | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  US BANK TRUST NA

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 27 | 9537 14514 NORMAL | $5,722.13 | $5,722.13 | $5,722.13 |
| Total Amount Paid by Trustee | | | | | $5,722.13 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-34834-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 23rd day of March, 2015.

| | |
|---|---|
| Debtor:<br>ROBERT JACKSON JR<br>CYNTHIA A JACKSON<br>14514 S NORMAL AVE<br>RIVERDALE, IL  60827 | Attorney:<br>ROBERT J SEMRAD & ASSOC LLC<br>20 S CLARK ST 28TH FLR<br>CHICAGO, IL  60603<br>via Clerk's ECF noticing procedures |
| Creditor:<br>US BANK TRUST NA<br>% CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Mortgage Creditor:<br>HSBC FINANCE CORPORATION<br>PO BOX 829009<br>DALLAS, TX  75382 |
| Mortgage Creditor:<br>BENEFICIAL ILLINOIS INC<br>PO BOX 829009<br>DALLAS, TX  75382-9009 | Mortgage Creditor:<br>US BANK<br>% MANLEY DEAS KOCHALSKI<br>PO BOX 165028<br>COLUMBUS |
| Creditor:<br>US BANK<br>% MANLEY DEAS KOCHALSKI<br>PO BOX 165028<br>COLUMBUS | |

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  March 23, 2015 | /s/ TOM VAUGHN<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE<br>55 E. MONROE STREET, SUITE 3850<br>CHICAGO, IL  60603 |